**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SAHIBZADA QUDRAT ALI | § | Case No. 11-34496 |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/23/2011 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 766,420.64

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 154,315.06 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 577,553.99 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 34,551.59 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/10/2012 and the deadline for filing governmental claims was 02/10/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 41,571.03 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 32,996.18 , for a total compensation of $ 32,996.18 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/09/2013 By:/s/Joji Takada

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 11-34496 BWB | Judge: Bruce W. Black | Trustee Name: | Joji Takada | |
| Case Name: | SAHIBZADA QUDRAT ALI | | Date Filed (f) or Converted (c): | 08/23/2011 (f) | |
| | | | 341(a) Meeting Date: | 09/19/2011 | |
| For Period Ending: | 01/09/2013 | | Claims Bar Date: | 02/10/2012 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE 1214 RANCHWOOD DRIVE, SH | 375,000.00 | 6,263.00 | | 0.00 | FA |
| 2. 6-FLAT RENTAL PROPERTY 835 COLLEGE BOULEVARD, AD | 375,000.00 | 120,667.00 | | 0.00 | FA |
| 3. 6-FLAT RENTAL PROPERTY 837 COLLEGE BOULEVARD, AD | 375,000.00 | 120,666.67 | | 0.00 | FA |
| 4. 6-FLAT RENTAL PROPERTY 839 COLLEGE BOULEVARD, AD | 375,000.00 | 120,666.67 | | 0.00 | FA |
| 5. HOUSEHOLD CASH | 300.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT #XXXX074938 CHARTER ONE BANK 33 | 150.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT XXXX302505 CHARTER ONE BANK 333 | 100.00 | 0.00 | | 0.00 | FA |
| 8. BUSINESS CHECKING ACCT XXXX882889 CHARTER ONE BA | 10.00 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD FURNISHINGS LIVING ROOM, DINING ROOM, | 650.00 | 0.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS ELECTRONICS, CHINA AND COOKWARE, | 295.00 | 0.00 | | 0.00 | FA |
| 11. HOUSEHOLD GOODS TOOLS AND OUTDOOR MAINTENANCE EQ | 95.00 | 0.00 | | 0.00 | FA |
| 12. NECESSARY WEARING APPAREL MEN'S CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 13. PERSONAL JEWELRY THREE SILVER MEN'S RINGS | 50.00 | 0.00 | | 0.00 | FA |
| 14. SOLE OWNER OF TWO SMALL CORPORATIONS OAB USA, IN | 10.00 | 0.00 | | 0.00 | FA |
| 15. INTEREST IN REAL ESTATE TRUSTS XX2333 AND X1974 | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2008 MERCURY MOUNTAINEER | 16,800.00 | 0.00 | | 0.00 | FA |
| 17. 2000 JEEP LAREDO SUV | 3,510.00 | 0.00 | | 0.00 | FA |
| 18. OFFICE FURNITURE AND PRINTER | 100.00 | 0.00 | | 0.00 | FA |
| 19. Accounts Receivable (u) | 0.00 | 0.00 | | 1,420.64 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,522,170.00 | $368,263.34 | | $1,420.64 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 18 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 19 | -- | Pre-petition proceeds from laundry machines at apartment buildings |

Initial Projected Date of Final Report (TFR): 08/23/2013 Current Projected Date of Final Report (TFR): 08/23/2013

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-34496
Case Name: SAHIBZADA QUDRAT ALI
Taxpayer ID No: XX-XXX2250
For Period Ending: 01/09/2013

Trustee Name: Joji Takada
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX8001
Checking Account
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/14/12 | | Chicago Title and Trust Company<br>171 North Clark<br>Chicago, Illinois 60601 | Proceeds from sale | | | $61,750.00 | | $61,750.00 |
| | | | Gross Receipts | $765,000.00 | 1110-000 | | | |
| | | Negotiated Buyer Credits | Administrative Expense | ($35,585.50) | 2500-000 | | | |
| | | Title Charges | Administrative Expense | ($3,267.50) | 2500-000 | | | |
| | | Real Estate Broker Commission | Broker commission payment | ($38,250.00) | 3510-000 | | | |
| | | Miscellaneous Closing Costs | Administrative Expense | ($3,625.00) | 2500-000 | | | |
| | | Delinquent Homeowners Association Fees | Administrative Expense | ($27,217.82) | 2500-000 | | | |
| | | Real Estate Taxes | Administrative Expense | ($17,750.19) | 2820-000 | | | |
| | | Itasca Bank & Trust Co.<br>c/o Tressler LLP<br>Mark Conzelmann<br>233 S. Wacker Drive, 22nd Floor<br>Chicago, IL 60606 | Mortgage payoff | ($577,553.99) | 4110-000 | | | |
| 10/19/12 | 19 | Charles Wolf and Associates | Non-exempt funds<br>Funds from coin-laundry machines | | 1121-000 | $1,227.85 | | $62,977.85 |
| 01/07/13 | 1001 | Frank Gecker LLP<br>325 N. LaSalle Suite 625<br>Chicago, IL 60610<br>Attn: Zane Zielinski | Administrative Expense<br>Trustee attorney fee | | 3210-000 | | $28,512.50 | $34,465.35 |
| 01/07/13 | 1002 | Frank Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative Expense<br>Trustee attorney expenses | | 3220-000 | | $106.55 | $34,358.80 |
| 01/08/13 | 19 | Charter One Bank<br>One Citizens Drive<br>Riverside, RI 02915 | Non-exempt funds | | 1121-000 | $192.79 | | $34,551.59 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $63,170.64 | $28,619.05 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $63,170.64 | $28,619.05 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $63,170.64 | $28,619.05 |



| | | |
|---|---|---|
| Page Subtotals: | $63,170.64 | $28,619.05 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8001 - Checking Account | $63,170.64 | $28,619.05 | $34,551.59 |
| | $63,170.64 | $28,619.05 | $34,551.59 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $703,250.00 |
| Total Net Deposits: | $63,170.64 |
| Total Gross Receipts: | $766,420.64 |



Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-34496-BWB
Debtor Name: SAHIBZADA QUDRAT ALI
Claims Bar Date: 2/10/2012

Date: January 9, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $32,996.18 | $32,996.18 |
| 100<br>2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100<br>3210 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $28,512.50 | $28,512.50 |
| 100<br>3220 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $106.55 | $106.55 |
| 100<br>3410 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,516.00 | $1,516.00 |
| 100<br>3420 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $39.41 | $39.41 |
| 1<br>300<br>7100 | American InfoSource LP<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $6,638.99 | $6,638.99 | $6,638.99 |
| 3<br>300<br>7100 | CHASE BANK USA N.A<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,632.00 | $7,632.93 | $7,632.93 |
| 4<br>300<br>7100 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $55,785.00 | $55,763.68 | $55,763.68 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-34496-BWB

Date: January 9, 2013

Debtor Name: SAHIBZADA QUDRAT ALI

Claims Bar Date: 2/10/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $3,136.70 | $3,136.70 |
| 8<br>300<br>7100 | Illinois Bell Telephone Company<br>% AT&T Services Inc.<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Unsecured | | $697.00 | $697.89 | $697.89 |
| 6<br>380<br>7400 | Itasca Bank & Trust Co.<br>c/o Tressler LLP<br>Mark Conzelmann<br>233 S. Wacker Drive, 22nd Floor<br>Chicago, IL 60606 | Unsecured | | $0.00 | $419,639.20 | $429,090.31 |
| | Case Totals | | | $70,752.99 | $556,680.03 | $566,131.14 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-34496
Case Name: SAHIBZADA QUDRAT ALI
Trustee Name: Joji Takada

Balance on hand $ 34,551.59

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 32,996.18 | $ 0.00 | $ 32,996.18 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 28,512.50 | $ 28,512.50 | $ 0.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 106.55 | $ 106.55 | $ 0.00 |
| Accountant for Trustee Fees: Alan Lasko and Associates PC | $ 1,516.00 | $ 0.00 | $ 1,516.00 |
| Accountant for Trustee Expenses: Alan Lasko and Associates PC | $ 39.41 | $ 0.00 | $ 39.41 |

Total to be paid for chapter 7 administrative expenses $ 34,551.59

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,870.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP | $ 6,638.99 | $ 0.00 | $ 0.00 |
| 3 | CHASE BANK USA N.A | $ 7,632.93 | $ 0.00 | $ 0.00 |
| 4 | American Express Bank FSB | $ 55,763.68 | $ 0.00 | $ 0.00 |
| 7 | PYOD LLC | $ 3,136.70 | $ 0.00 | $ 0.00 |
| 8 | Illinois Bell Telephone Company % AT&T Services Inc. | $ 697.89 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 429,090.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Itasca Bank & Trust Co. | $ 429,090.31 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00