IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-34496 |
| SAHIBZADA QUDRAT ALI | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 219 South Dearborn
> Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

> Date: 4/19/2013
> Time: 9:15 A.M.
> Location: Joliet City Hall
> Second Floor
> 150 West Jefferson Street
> Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 3/15/2013                By: /s/ Joji Takada
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SAHIBZADA QUDRAT ALI § Case No. 11-34496
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 766,420.64 |
| and approved disbursements of | $ | 731,869.05 |
| leaving a balance on hand of[1] | $ | 34,551.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 32,996.18 | $ 0.00 | $ 32,996.18 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 28,512.50 | $ 28,512.50 | $ 0.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 106.55 | $ 106.55 | $ 0.00 |
| Accountant for Trustee Fees: Alan Lasko and Associates PC | $ 1,516.00 | $ 0.00 | $ 1,516.00 |
| Accountant for Trustee Expenses: Alan Lasko and Associates PC | $ 39.41 | $ 0.00 | $ 39.41 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 34,551.59 |
| Remaining Balance | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,870.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP | $ 6,638.99 | $ 0.00 | $ 0.00 |
| 3 | CHASE BANK USA N.A | $ 7,632.93 | $ 0.00 | $ 0.00 |
| 4 | American Express Bank FSB | $ 55,763.68 | $ 0.00 | $ 0.00 |
| 7 | PYOD LLC | $ 3,136.70 | $ 0.00 | $ 0.00 |
| 8 | Illinois Bell Telephone Company % AT&T Services Inc. | $ 697.89 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 429,090.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Itasca Bank & Trust Co. | $ 429,090.31 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $         0.00

Remaining Balance     $         0.00

Prepared By: Joji Takada
Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                       Case No. 11-34496-BWB
Sahibzada Qudrat Ali                                         Chapter 7
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt              Page 1 of 2          Date Rcvd: Mar 18, 2013
                              Form ID: pdf006            Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2013.
db           +Sahibzada Qudrat Ali,    1214 Ranchwood Drive,    Shorewood, IL 60404-0562
17706358     #AT&T,    PO Box 8100,   Aurora, IL 60507-8100
17706359      AT&T Mobility,    5565 Glenridge Connector NE,    Ste 1800,    Atlanta, GA 30342-4798
17706356     +American Express,    PO Box 981537,    El Paso, TX 79998-1537
18339971      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17706357     +American Financial Management,    3715 N Ventura Dr,    Arlington Heights, IL 60004-7696
17706360     +Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
17706361     +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
18112578      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17706362     +Citibank/Home Depot,    PO Box 653097,    Dallas, TX 75265-3097
17706363     +D&I Electronics,    24802 Caton Farm Rd,    Plainfield, IL 60586-9214
17706364     +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
17706365      FMS Inc,    PO Box 707600,   Tulsa, OK 74170-7600
17706366     +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
18092472     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
17706367     +Ice Mountain Spring Water,    PO Box 627,    Wilkes Barre, PA 18703-0627
18447223     +Illinois Bell Telephone Company,    % AT&T Services Inc.,    James Grudus, Esq.,
               One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
17706368     +Itasca Bank & Trust,    308 West Irving Park Road,    Itasca, IL 60143-2193
18017039     +Itasca Bank & Trust Co.,    c/o Tressler LLP,    Mark Conzelmann,    233 S. Wacker Drive, 22nd Floor,
               Chicago, IL 60606-6399
17706370     +Markoff & Krasny,    29 N Wacker Drive,    #550,   Chicago, IL 60606-2851
17706372      Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
17706373     +Tressler LLP,    22nd Floor,    233 South Wacker Drive,    Chicago, IL 60606-6399
17706374     +West Asset Management,    2703 N Highway 75,    Sherman, TX 75090-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17706358      E-mail/Text: g17768@att.com Mar 19 2013 02:15:44     AT&T,    PO Box 8100,   Aurora, IL 60507-8100
18065085      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2013 02:27:02
               American InfoSource LP as agent for,    Target,    PO Box 248866,   Oklahoma City, OK  73124-8866
18444214     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 19 2013 02:10:29      PYOD LLC,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
17706371     +E-mail/Text: bankruptcy@sw-credit.com Mar 19 2013 03:07:23     Southwest Credit Systems,
               5910 W Plano Pkwy,    Ste 100,   Plano, TX 75093-2202
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17706369*    +Itasca Bank & Trust Company,    308 West Irving Park Road,    Itasca, IL 60143-2193
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2013**           **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: Mar 18, 2013
                              Form ID: pdf006            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2013 at the address(es) listed below:

          Frances  Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
          Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Joji  Takada    on behalf of Accountant Alan D Lasko trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Mark D Conzelmann    on behalf of Creditor   Itasca Bank & Trust Co. mconzelmann@tresslerllp.com,
           chicagodocket@tresslerllp.com
          Micah R Krohn    on behalf of Trustee Joji  Takada mkrohn@fgllp.com,   ccarpenter@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                               TOTAL: 8