UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
SAHIBZADA QUDRAT ALI § Case No. 11-34496
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee        , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| Delinquent Homeowners Association Fees | | | | | |
| Miscellaneous Closing Costs | | | | | |
| Negotiated Buyer Credits | | | | | |
| Title Charges | | | | | |
| Real Estate Taxes | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| Alan Lasko and Associates PC | | | | | |
| Alan Lasko and Associates PC | | | | | |
| Real Estate Broker Commission | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Illinois Bell Telephone Company % AT&T Services Inc. | | | | | |
| 4 | American Express Bank FSB | | | | | |
| 1 | American InfoSource LP | | | | | |
| 3 | CHASE BANK USA N.A | | | | | |
| 7 | PYOD LLC | | | | | |
| 5 | Itasca Bank & Trust Co. | | | | | |
| 6 | Itasca Bank & Trust Co. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-34496 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | SAHIBZADA QUDRAT ALI | | | | Date Filed (f) or Converted (c): | 08/23/2011 (f) |
| | | | | | 341(a) Meeting Date: | 09/19/2011 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 02/10/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE 1214 RANCHWOOD DRIVE, SH | 375,000.00 | 6,263.00 | | 0.00 | FA |
| 2. 6-FLAT RENTAL PROPERTY 835 COLLEGE BOULEVARD, AD | 375,000.00 | 120,667.00 | | 255,000.00 | FA |
| 3. 6-FLAT RENTAL PROPERTY 837 COLLEGE BOULEVARD, AD | 375,000.00 | 120,666.67 | | 255,000.00 | FA |
| 4. 6-FLAT RENTAL PROPERTY 839 COLLEGE BOULEVARD, AD | 375,000.00 | 120,666.67 | | 255,000.00 | FA |
| 5. HOUSEHOLD CASH | 300.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT #XXXX074938 CHARTER ONE BANK 33 | 150.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT XXXX302505 CHARTER ONE BANK 333 | 100.00 | 0.00 | | 0.00 | FA |
| 8. BUSINESS CHECKING ACCT XXXX882889 CHARTER ONE BA | 10.00 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD FURNISHINGS LIVING ROOM, DINING ROOM, | 650.00 | 0.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS ELECTRONICS, CHINA AND COOKWARE, | 295.00 | 0.00 | | 0.00 | FA |
| 11. HOUSEHOLD GOODS TOOLS AND OUTDOOR MAINTENANCE EQ | 95.00 | 0.00 | | 0.00 | FA |
| 12. NECESSARY WEARING APPAREL MEN'S CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 13. PERSONAL JEWELRY THREE SILVER MEN'S RINGS | 50.00 | 0.00 | | 0.00 | FA |
| 14. SOLE OWNER OF TWO SMALL CORPORATIONS OAB USA, IN | 10.00 | 0.00 | | 0.00 | FA |
| 15. INTEREST IN REAL ESTATE TRUSTS XX2333 AND X1974 | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2008 MERCURY MOUNTAINEER | 16,800.00 | 0.00 | | 0.00 | FA |
| 17. 2000 JEEP LAREDO SUV | 3,510.00 | 0.00 | | 0.00 | FA |
| 18. OFFICE FURNITURE AND PRINTER | 100.00 | 0.00 | | 0.00 | FA |
| 19. Accounts Receivable (u) | 0.00 | 0.00 | | 1,420.64 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-34496 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | SAHIBZADA QUDRAT ALI | | | | Date Filed (f) or Converted (c): | 08/23/2011 (f) |
| | | | | | 341(a) Meeting Date: | 09/19/2011 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 02/10/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,522,170.00 | $368,263.34 | | $766,420.64 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

011513--Commercial real estate sold and proceeds received; Personal residence transferred to bank in exchange for credit bid as agreed; Tax returns filed and awaiting audit period to end.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 18 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 19 | -- | Pre-petition proceeds from laundry machines at apartment buildings |

Initial Projected Date of Final Report (TFR): 08/23/2013      Current Projected Date of Final Report (TFR): 08/23/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-34496 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: SAHIBZADA QUDRAT ALI | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX8001 |
| | Checking Account |
| Taxpayer ID No: XX-XXX2250 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/14/12 | | Chicago Title and Trust Company<br>171 North Clark<br>Chicago, Illinois 60601 | Proceeds from sale | | $61,750.00 | | $61,750.00 |
| | | | Gross Receipts $765,000.00 | | | | |
| | | Negotiated Buyer Credits | Administrative Expense ($35,585.50) | 2500-000 | | | |
| | | Title Charges | Administrative Expense ($3,267.50) | 2500-000 | | | |
| | | Real Estate Broker Commission | Broker commission payment ($38,250.00) | 3510-000 | | | |
| | | Miscellaneous Closing Costs | Administrative Expense ($3,625.00) | 2500-000 | | | |
| | | Delinquent Homeowners Association Fees | Administrative Expense ($27,217.82) | 2500-000 | | | |
| | | Real Estate Taxes | Administrative Expense ($17,750.19) | 2820-000 | | | |
| | | Itasca Bank & Trust Co.<br>c/o Tressler LLP<br>Mark Conzelmann<br>233 S. Wacker Drive, 22nd Floor<br>Chicago, IL 60606 | Mortgage payoff ($577,553.99) | 4110-000 | | | |
| | 2 | | 6-FLAT RENTAL PROPERTY $255,000.00<br>835 COLLEGE BOULEVARD, AD | 1110-000 | | | |
| | 3 | | 6-FLAT RENTAL PROPERTY $255,000.00<br>837 COLLEGE BOULEVARD, AD | 1110-000 | | | |
| | 4 | | 6-FLAT RENTAL PROPERTY $255,000.00<br>839 COLLEGE BOULEVARD, AD | 1110-000 | | | |
| 10/19/12 | 19 | Charles Wolf and Associates | Non-exempt funds<br>Funds from coin-laundry machines | 1121-000 | $1,227.85 | | $62,977.85 |

Page Subtotals: $62,977.85   $0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-34496
Case Name: SAHIBZADA QUDRAT ALI
Taxpayer ID No: XX-XXX2250
For Period Ending: 07/02/2013

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX8001
Checking Account
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/13 | 1001 | Frank Gecker LLP<br>325 N. LaSalle Suite 625<br>Chicago, IL 60610<br>Attn: Zane Zielinski | Administrative Expense<br>Trustee attorney fee | 3210-000 | | $28,512.50 | $34,465.35 |
| 01/07/13 | 1002 | Frank Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative Expense<br>Trustee attorney expenses | 3220-000 | | $106.55 | $34,358.80 |
| 01/08/13 | 19 | Charter One Bank<br>One Citizens Drive<br>Riverside, RI 02915 | Non-exempt funds | 1121-000 | $192.79 | | $34,551.59 |
| 02/12/13 | | Transfer to Acct # xxxxxx7985 | Transfer of Funds | 9999-000 | | $34,551.59 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $63,170.64 | $63,170.64 |
| Less: Bank Transfers/CD's | $0.00 | $34,551.59 |
| Subtotal | $63,170.64 | $28,619.05 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $63,170.64 | $28,619.05 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Page Subtotals:    $192.79    $63,170.64

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-34496 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: SAHIBZADA QUDRAT ALI | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7985 |
| | Checking |
| Taxpayer ID No: XX-XXX2250 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx8001 | Transfer of Funds | 9999-000 | $34,551.59 | | $34,551.59 |
| 04/22/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $32,996.18 | $1,555.41 |
| 04/22/13 | 100002 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Distribution | | | $1,555.41 | $0.00 |
| | | Alan Lasko and Associates PC | Final distribution per court order.  ($1,516.00) | 3410-000 | | | |
| | | Alan Lasko and Associates PC | Final distribution per court order.  ($39.41) | 3420-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $34,551.59 | $34,551.59 |
| Less: Bank Transfers/CD's | $34,551.59 | $0.00 |
| Subtotal | $0.00 | $34,551.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $34,551.59 |

Page Subtotals: $34,551.59  $34,551.59

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7985 - Checking | $0.00 | $34,551.59 | $0.00 |
| XXXXXX8001 - Checking Account | $63,170.64 | $28,619.05 | $0.00 |
| | $63,170.64 | $63,170.64 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $703,250.00 |
| Total Net Deposits: | $63,170.64 |
| Total Gross Receipts: | $766,420.64 |

Page Subtotals:   $0.00   $0.00